UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

D'ANDRE ALEXANDER #731077,

    Plaintiff,                                      Case No. 2:16-CV-66

v.                                                    HON. GORDON J. QUIST

FRED GOVERN, et al.,

    Defendants.
_____/

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

On March 29, 2017, Magistrate Judge Greeley issued a Report and Recommendation recommending that the Court deny Defendants' motion for summary judgment based on Plaintiff's failure to exhaust administrative remedies. The Report and Recommendation was duly served on the parties on March 29, 2017. No objections have been filed pursuant to 28 U.S.C. § 636(b). Therefore the Court will adopt the Report and Recommendation.

Therefore,

**IT IS HEREBY ORDERED** that the March 29, 2017, Report and Recommendation (ECF No. 38) is **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment Based on Plaintiff's Failure to Exhaust Administrative Remedies (ECF No. 28) is **DENIED**.

Dated: April 18, 2017                                    /s/ Gordon J. Quist
                                                                         GORDON J. QUIST
                                                           UNITED STATES DISTRICT JUDGE